**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cascades Development of Minnesota,
LLC, d/b/a Anytime Fitness, Associated
Insurance Agents, Inc., Nicholas Newton,
and Westport Insurance Corporation,

                              Plaintiffs,

                                                                        Civ. No. 09-2812 (RHK/SRN)
                                                                        **ORDER**
v.

West Bend Mutual Insurance Company,
National Specialty Insurance a/k/a NSI,
Jade Janina Benson, and her legal
Guardians, Jeffrey Arthur Benson, and
Janina Faye Benson,

                              Defendants.

---

      Plaintiffs have filed a Motion to Exclude Certain Expert Testimony (Doc. No. 31), and a hearing on that Motion was set for November 23, 2010, at the same time as a previously-scheduled hearing on Defendants' Motion for Summary Judgment. In light of the fact that Plaintiffs' Motion is unrelated to the summary-judgment motion, **IT IS ORDERED** that the hearing on Plaintiffs' Motion to Exclude, currently scheduled for November 23, 2010, is **CANCELED** and will be rescheduled at a later date.


Dated: November 9, 2010                                      s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                       United States District Judge