## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cascades Development of Minnesota, LLC
d/b/a Anytime Fitness, Inc., Associate Insurance
Agents, Inc., Nicholas Newton, and Westport
Insurance Corporation,

                            Plaintiffs,

                                                        Civ. No. 09-2812 (RHK/SRN)
                                                        **ORDER**

v.

National Specialty Insurance, Jade Janina
Benson, and West Bend Insurance Company,

                            Defendants.

      Pursuant to the April 4, 2012 Opinion of the Eighth Circuit Court of Appeals, and the Mandate which has issued with respect thereto on April 25, 2012, **IT IS ORDERED** that this action is **REMANDED** to the District Court, Dakota County, Minnesota.  The Clerk of this Court shall mail a certified copy of this Order of Remand to the Clerk of the District Court of Dakota County, Minnesota.

Dated: April 25, 2012                                         s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge